✎AO 442    (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ Kansas _____

UNITED STATES OF AMERICA

V.

JOHN THOMAS BOOKER

**WARRANT FOR ARREST**  *FILED*

Case Number:  15-mj-5039-KGS

APR 13 2015

Clerk, U.S. District Court
By:_____ Deputy Clerk

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JOHN THOMAS BOOKER _____
                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☑ Complaint    ☐ Order of court

☐ Pretrial Release    ☐ Probation    ☐ Supervised Release    ☐ Violation Notice
  Violation Petition      Violation Petition      Violation

charging him or her with   (brief description of offense)

Ct 1 – 18 USC 2332a(a)(3) – Attempted to use a weapon of mass destruction.
Ct 2 – 18 USC 844(f)(1) – Att. to maliciously damage and destroy, by means of fire & explosives, buildings, vehicles, and other personal & real property.
Ct 3 – 18 USC 2339B(a) – Attempted to provide material support & resources to a foreign terrorist organization

☑ in violation of Title  18 _____  United States Code, Section(s)  2332a(a)(3) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

DANIEL D. CRABTREE _____          *Jerry D. Austin* _____
     Name of Issuing Officer                              Signature of Issuing Officer

U.S. District Judge _____          April 10, 2015          at Topeka, Kansas
     Title of Issuing Officer                       Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named individual at |
| Topeka, KS |

| DATE RECEIVED 4/10/2015 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/10/2015 | TFO MARK ENGHOLM (FBI JTTF) | |