Exhibit 1

TRULINCS 25124031 - BOOKER, JOHN T JR - Unit: MEM-S-B

--------------------------------------------------------------------------------------------------

FROM: 25124031
TO: Warden
SUBJECT: ***Request to Staff*** BOOKER, JOHN, Reg# 25124031, MEM-S-B
DATE: 04/21/2026 06:37:33 PM

To: Mr. Harrison
Inmate Work Assignment: Cpt. Yard PM

I request that the Director of the BOP file a motion on my behalf in the US District Court for the District of Kansas, requesting a reduction in my sentence based on the following:

I. Extraordinary and Compelling Reasons
1.) I am rehabilitated and pose no danger to any person or the community if released.
2.) The BOP's execution of my sentence has increased the harshness of my sentence, effectively increasing the length of my imposed sentence and thereby creating a disparity in sentence during the Covid-19 Pandemic and at other times.  The BOP has subjected me to injurious and degrading treatment in violation of 42 USC Sec. 2000dd(a).
3.) the 829 amendment to the USSG has modified sec. 5H1.1, and I would qualify for a significant downward variance for being a youthful offender if sentenced today.
4.) As a result, I am eligible for a reduction in sentence pursuant USSG sec. 1B1.13(b)(6).

II. Release Plan
1.) If released, I will be returning to my father's house (John Thomas Booker Sr.) at 5512 SW Avalon Ln. Topeka, KS 66604. I will be using the skills and job training I have during my incarceration to pursue fulfilling and sustaining full-time employment.
2.) I will actively pursue mental health counselling and therapy in order to make a safe and successful reentry into the community.

III. FOIA and Privacy Act Request
1.) Should the Warden make a determination that I am not rehabilitated nor pose a danger to any person or the community, then pursuant the Freedom of Information Act (5 USC sec. 552) and the Privacy Act (5 USC sec. 552a), I request copies of all records reviewed in the course of the investigation of my RIS request, and all records associated with the determination that I am not rehabilitated or that I pose a danger to any person or the community.  This request includes all communications, records, emails, letters, etc.
2.) Please take note that the BOP has a duty to maintain accurate, complete and timely records, see 5 USC sec. 552a(e)(5).

IV. Additional Information
Should you require any additional information, do not hesitate to reply to this electronic request.

/s/
John T. Booker Jr.
25124-031

Exhibit 2

## Bureau of Prisons
## Psychology Services
## Clinical Intervention - Clinical Contact

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | BOOKER, JOHN T JR | | | | Reg #: | 25124-031 |
| Date of Birth: | 08/12/1994 | Sex: | M | Facility: MEM | Unit Team: | 2 GP |
| Date: | 04/21/2026 14:49 | Provider: | Watson, Andrea PhD/Chief | | | |

### Focus of Session

AIC Booker was seen today for a clinical contact. The focus of today's session was his overall well-being, his adjustment to this institution, and the consideration for a reduction in mental health care level.

### Subjective/Objective Presentation

AIC Booker has been designated to FCI Memphis since January 20, 2026. He arrived to FCI MEM with an assignment of CARE2-MH, which appeared to reflect his functioning while at FCI OXF. Since his arrival to FCI MEM in January, AIC Booker has openly discussed his struggles at FCI OXF and precipitating factors. He has processed his concerns, developed strategies for adjusting to FCI MEM, and has managed his time appropriately. He has self-advocated for himself since his arrival - whether it was for any mental health needs, work needs, or other areas of functioning. He has secured a fulfilling work detail assignment that has been pivotal in his adjustment to the institution. He has a strong support system with his family - primarily his father. He has also utilized other productive means of managing his time since his designation here. Staff has expressed no concerns regarding his adjustment. He is navigating his housing unit successfully. He has not been the subject of any crisis-related contacts since his arrival here.

Today, we discussed his adjustment and a plan for reduction in mental health care level. AIC Booker was in agreement with this plan and insightfully discussed strategies for seeking assistance as needed.

### Intervention(s)

Reviewed adjustment to this institution, problem solving strategies, and utilization of healthy coping mechanisms. Discussed plan of action for seeking help as needed and plan of maintaining mental health recovery.

### Progress/Plan

AIC Booker's mental health care level will be reduced to CARE1-MH at this time. Mental health care level is a fluid concept and can be adjusted as clinically warranted. He will seek help as needed.

Completed by Watson, Andrea PhD/Chief Psychologist on 04/24/2026 08:16

Exhibit 3



This certificate is presented to

# John Booker

in recognition of his contributions toward the beautification of FCI Oxford, WI, through the landscaping program.

J. Braker, RAC, November 2025

# Orthodox Christian Prison Ministry

DIVISION OF CORRESPONDENCE STUDIES
AWARDS THIS CERTIFICATE OF COMPLETION OF THE

*A SEEKER OF TRUTH CORRESPONDENCE COURSE*

to

## JOHN THOMAS BOOKER, JR.

ON THIS 19th DAY of SEPTEMBER 2018

**ARCHIMANDRITE DUANE PEDERSON**

**ZOSSIMA DAUGHERTY**




# Certificate of Completion

## Presented to

### JOHN BOOKER

### For successfully completing the

## Drug Abuse Education Course

*The Drug Abuse Education Course is a minimum of 12 hours. The goal of this program is to help the offender to make an accurate evaluation of the consequences of his/her alcohol/drug use and consider the need for treatment.*

S. Romanchak, DTS     7/19/2018
FCI OXFORD  Institution

# CERTIFICATE OF ACHIEVEMENT
## Criminal Thinking (CT) Therapy Group

This Certificate Certifies that:

# John Booker

Has Successfully Completed the FCI Oxford's CT Therapy Group
and is hereby acknowledged with this certificate of Recognition for his
efforts towards his personal growth and development.

Awarded this 10th day of July, 2018



Dr. Busch, Ph.D.
Clinical Psychologist

# CERTIFICATE OF COMPLETION

PRESENTED TO

# BOOKER, JOHN

For Completing the Beginner Hydroponic Gardening Course

At FCI OXFORD, WISCONSIN

November 19, 2024 to December 13, 2024

X. Vue / Sports Specialist



# CERTIFICATE OF ACHIEVEMENT
## FCI OXFORD'S SEEKING SAFETY

This Certificate Certifies that:

## John Booker, #25124-031

Has Successfully Completed the FCI Oxford's Seeking Safety phase. Seeking Safety is a cognitive behavioral treatment group part of the RESOLVE program.

He is hereby acknowledged with this certificate of recognition for his efforts towards personal growth and development.

_____  
Dr. Gruber Yanzapanta  
RESOLVE Coordinator

8/30/2023  
_____  
Date

# Classical Mythology A.C.E. Class

**This Certificate is awarded to __John Booker__ for his successful completion of the Classical Mythology Adult Continuing Education Class.**



3 out of 3 essays

February 07, 2018

M. Hamm, A.C.E. Coordinator

FCI – Oxford

Education Department

Oxford, WI



# Certificate of Completion

is presented to

## JOHN BOOKER, REG NO. 25124-031

for

## SEEKING STRENGTH

An 18 Hour Psychology Services Group at FCI Oxford

10/17/2022

Signature                                     Date

# Certificate of Achievement

Presented To

## John Booker Jr.

For Completion of:

A.C.E.: Victim Awareness
& Restitution

March 31st, 2022
FCI Oxford

J. Grubbs, SOE

Anderson, Teacher

# Certificate of Achievement

Presented To

## John Booker Jr.

For Completion of:

A.C.E.: Employment Skills

J. Grubbs, SOE

March 31st, 2022
FCI Oxford

Anderson, Teacher

# Certificate of Achievement

Presented To

## John Booker Jr.

For Completion of:

A.C.E.: Problem Solving
& Decision Making

J. Grubbs, SOE

March 31st, 2022
FCI Oxford

Anderson, Teacher



# Certificate of Achievement

Presented To

## John Booker Jr.

For Completion of:

A.C.E.: Anger Management

**March 31st, 2022**
**FCI Oxford**

J. Grubbs, SOE

Anderson, Teacher

# Certificate of Achievement

Presented To

## John Booker Jr.

For Completion of:

A.C.E.: Money Management

J. Grubbs, SOE

March 31st, 2022
FCI Oxford

Anderson, Teacher



# Certificate of Completion

## is presented to

### JOHN BOOKER, REG NO. 25124-031

## for

### SEEKING STRENGTH

An 18 Hour Psychology Services Group at FCI Oxford

Signature

10/17/2022

Date

# CERTIFICATE OF ACHIEVEMENT
## Criminal Thinking (CT) Therapy Group

This Certificate Certifies that:

# John Booker

Has Successfully Completed the FCI Oxford's CT Therapy Group
and is hereby acknowledged with this certificate of Recognition for his
efforts towards his personal growth and development.

Awarded this 10th day of July, 2018



Dr. Busch, Ph.D.
Clinical Psychologist

# *Certificate of Completion*

## Presented to

### JOHN BOOKER

### For successfully completing the

## Drug Abuse Education Course

*The Drug Abuse Education Course is a minimum of 12 hours. The goal of this program is to help the offender to make an accurate evaluation of the consequences of his/her alcohol/drug use and consider the need for treatment.*

S. Romanchak, DTS     7/19/2018
FCI OXFORD  Institution

# Orthodox Christian Prison Ministry

## DIVISION OF CORRESPONDENCE STUDIES
## AWARDS THIS CERTIFICATE OF COMPLETION OF THE

*A SEEKER OF TRUTH CORRESPONDENCE COURSE*

to

# JOHN THOMAS BOOKER, JR.

**ON THIS 19th DAY of SEPTEMBER 2018**

**ARCHIMANDRITE DUANE PEDERSON**

**ZOSSIMA DAUGHERTY**




# Classical Mythology A.C.E. Class

**This Certificate is awarded to ___John Booker_ for his successful completion of the Classical Mythology Adult Continuing Education Class.**



3 out of 3 essays

**February 07, 2018**

M. Hamm, A.C.E. Coordinator

FCI – Oxford

Education Department

Oxford, WI

Exhibit 4



John T. Booker Sr.

5512 SW Avalon Ln.
Topeka, KS 66604-2243

★ ★ ★ ★ ★ ★ ★

KANSAS CITY 640

2 MAY 2026 PM 2 L





John T Booker jr

25124031

Federal Correctional

Institution memphis, TN 38184-0550

38184-055050

**Compassionate Release Letter**

April 30, 2026

To: The United States District Court for the

District of Kansas

From: John Thomas Booker Sr

5512 SW Avalon Lane

Topeka, Kansas 66604-2243

(785) 408-4205 or (785) 501-6017

To Whom It May Concern

My name is John Thomas Booker Sr the father of John Thomas Booker Jr. I'm writing this letter to respectfully request the consideration of a compassionate release for my son, John Thomas Booker Jr, an inmate at your Correctional Facility. I understand the seriousness of his conviction and the responsibility for his actions. My purpose in writing is not to excuse his past behavior, but to highlight the progress he has made since

being incarcerated.

John has always tried to be a good person. He was diagnosed with ADHD

Attention Deficit/Hyperactivity Disorder. He received treatment from his childhood until the age of eighteen. At that time, I wanted to continue with the medication. But his physician informed me that he was eighteen,

I could no longer make medication decisions for John. John had to

tolerate being teased and bullied in high school.

As a father, I tried to provide a good home for John and his siblings.

At some point, John got involved with Islamic Ideology, which changed his life. Just recently, I was informed about the child abuse that John and his sibling endured while I was away at work.

In closing, I'm a Desert Storm veteran who proudly served this country.

proudly. I worked as a Security Officer for 25 years, and am now retired. I have several chronic health conditions. I would like to have my son home.

In recent years, I have noticed more positive changes in his life. He

wants to start his life over again. I'm willing to provide him with a home,

help him seek employment, and continue his education.


Thank you, Sir or Ma'am, for your time.

Respectfully,

John Thomas Booker Sr