**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

United States of America,

        Plaintiff,

v.                                         Case No. 15-40030-JWL

John T. Booker, Jr.,

        Defendant.

### ORDER

On June 8, 2026, defendant filed a pro se motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) (doc. 98).  The government shall respond to the motion on or before June 30, 2026 and defendant may file a reply to that response on or before July 21, 2026.

**IT IS SO ORDERED.**

Dated this 9th day of June, 2026, at Kansas City, Kansas.

                                           s/John W. Lungstrum
                                         HON. JOHN W. LUNGSTRUM
                                         United States District Judge