John T. Booker Jr.
Inmate Number: 25124031
Federal Correctional Institution-Memphis
P.O. Box 34550
Memphis, TN 38184

CERTIFIED MAIL

9589 0710 5270 2543 0851 21



Retail

![USPS logo]

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
MEMPHIS, TN 38134
JUL 06, 2026

66683   **$0.00**

S2324H504572-12

United States District Court
District of Kansas
444 SE Quincy Street Room 490
Topeka, KS 66483-0000
RE: Clerk of Courts

Contents:
(1) Redacted Motion per request
(1) Letter to Clerk of Courts
(1) Defendant's Rebuttal

RECEIVED

JUL 10 2026

CLERK U.S. DIST. COURT
TOPEKA, KANSAS

♦Special Mail♦